IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony L. Mann, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 0:14-4496-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Corporal Bell-McKensie; Associate Warden ) | |
| Willie Davis; Sgt. Robert Plemmons; Sgt. ) | |
| Epps; Angela Smith, *Administrative* ) | |
| *Assistant*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge (Dkt. No. 50) recommending that this Court dismiss this action with prejudice for lack of prosecution and terminate any pending motions. The Court hereby adopts the R & R dismisses the action with prejudice, and terminates Defendants' motion for summary judgment (Dkt. No. 37).

On November 11, 2014, Plaintiff filed a *pro se* complaint seeking relief pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment (Dkt. No. 37), Plaintiff filed a motion for extension of time (Dkt. No. 41), and the Court granted the motion by text order (Dkt. No. 42). Plaintiff failed to respond, and the Court issued another order providing Plaintiff 14 additional days to respond. Plaintiff again failed to respond.

Plaintiff (1) is personally responsible for proceeding in a dilatory fashion, (2) Defendants continue to incur legal expenses and suffer prejudice by continuing to have claims clouding their careers, and (3) no sanctions appear to exist other than dismissal given the previous warnings and extensions. *See Chandler Leasing Corp. v. Lopez*, 669 F.2d 919 (4th Cir. 1982). Therefore, the

Court hereby **adopts** the R & R dismisses the action with prejudice, and **terminates** Defendants' motion for summary judgment.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

November 16, 2015
Charleston, South Carolina

2